FILED BY _____ D.C.

05 OCT 27 PM 4:37

THOMAS M. GOULD
CLERK, US DISTRICT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 12 PM 2:08

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

### UNITED STATES OF AMERICA

V

### JACQUELINE PRADO

cause no.   2:03CR20415-02

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

OCT 13 2005
DATE

## MOTION TO WITHDRAW

Comes now counsel for the defendant, Jacqueline Prado, and states the following to wit:

1. That Jacqueline Prado has requested that I be removed as counsel of record.

2. That I am in agreement that I counsel herein can no longer serve as competent counsel in this matter.

3. That no breach of confidentiality has occurred nor has there been any lack of communication between the parties as is referenced by Exhibit 'A" showing the telephone calls made by Jacqueline Prado to counsel herein.

4. That it is in the best interest of all parties that Jacqueline Prado be allowed new counsel.

Dated:  October 11, 2005

Wanda Abioto
1555 Madison Avenue
Memphis, TN  38106
(901) 725-3719
MSB  8156

## Certificate of Service

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-28-05

165

I, Wanda Abioto certify that I have mailed postage prepaid a true and correct copy of the foregoing to Hon. David Henry, 800 Federal Building, Memphis, Tennessee 38103 on this the 11th day of October, 2005.

Wanda Abioto

CORRECTIONAL
BILLING
SERVICES

**ABIOTO LAW CENTER, PLLC**
Account Number: 901 725-3719 359 1876
Monthly Statement Date: July 2, 2005

---

**Detailed Statement of Charges**

For Correctional
Billing Services
Billing Questions,
Call 1 800 844-6591

## Itemized Calls
### 901 725-3719
### Service Provider - EVERCOM SYSTEMS, INC.
### To contact the Service Provider directly, call 1 800 844-6591
**Collect Calls**

*Amount*

| | Date | Called From | Number | Rate* | Time | Min | |
|---|---|---|---|---|---|---|---|
| 1. | 06/27 | MASON TN | 901 294-3104 | HDS | 02:28PM | 1 | 1.00 |
| 2. | 06/27 | MASON TN | 901 294-3104 | HDS | 03:52PM | 4 | 1.00 |
| 3. | 06/29 | MASON TN | 901 294-3104 | HDS | 04:03PM | 1 | 1.00 |
| 4. | 06/29 | MASON TN | 901 294-3104 | HDS | 04:20PM | 4 | 1.00 |

Total Collect Calls ............................................
4.00

Total Charges for 901 725-3719 ............................. 4.00

The above total does not include the following taxes:
 Federal Excise Tax ..................... $0.12
 TN - State/Local Tax ................... $0.38
Total Itemized Calls ........................................ 4.00

## Taxes

*Amount*

| | | |
|---|---|---|
| 5. | Federal Excise Tax ............................................. | .12 |
| 6. | TN - State/Local Tax .......................................... | .38 |

Total Taxes ................................................. .50

**Total Correctional Billing Services Current Charges ............. 4.50**

This portion of your bill is provided as a service to Correctional Billing Services.



CORRECTIONAL
BILLING
SERVICES

**ABIOTO LAW CENTER, PLLC**
**Account Number: 901 725-3719 359 1876**
**Monthly Statement Date: September 2, 2005**

| Detailed Statement of Charges | *Itemized Calls* | *Amount* |
|---|---|---|

**For Correctional Billing Services Billing Questions, Call 1 800 844-6591**

901 725-3719
*Service Provider - EVERCOM SYSTEMS, INC.*
*To contact the Service Provider directly, call 1 800 844-6591*
**Collect Calls**

| | *Date* | *Called From* | | *Number* | *Rate** | *Time* | *Min* | |
|---|---|---|---|---|---|---|---|---|
| 1. | 08/02 | MASON TN | 901 | 294-3104 | HDS | 04:47PM | 19 | 1.00 |
| 2. | 08/16 | MASON TN | 901 | 294-3104 | HDS | 04:55PM | 3 | 1.00 |
| 3. | 08/19 | MASON TN | 901 | 294-3104 | HDS | 04:12PM | 6 | 1.00 |
| 4. | 08/19 | MASON TN | 901 | 294-3104 | HDS | 04:19PM | 2 | 1.00 |
| 5. | 08/24 | MASON TN | 901 | 294-3104 | HDS | 02:39PM | 4 | 1.00 |
| 6. | 09/01 | MASON TN | 901 | 294-3104 | HDS | 03:55PM | 3 | 1.00 |

Total Collect Calls ............................................... 6.00

Total Charges for 901 725-3719 ............................... 6.00

The above total does not include the following taxes:
    Federal Excise Tax ..................... $0.18
    TN - State/Local Tax .................... $0.57
Total Itemized Calls ........................................ 6.00

| *Taxes* | *Amount* |
|---|---|
| 7. Federal Excise Tax ..................................... | .18 |
| 8. TN - State/Local Tax ................................... | .57 |
| Total Taxes ........................................... | .75 |

**Total Correctional Billing Services Current Charges** ............. **6.75**

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TENNESSEE
### 167 NORTH MAIN STREET
### MEMPHIS, TENNESSEE 38103

JON PHIPPS McCALLA
JUDGE

901 495-1291
901 495-1295 (FAX)
Jon_McCalla@tnwd.uscourts.gov

September 23, 2005

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

     Re:    <u>USA v. Jacqueline Prado</u>, 03-20415 Ml

Dear Counsel:

    Enclosed is a copy of a letter to Judge McCalla from your client Jacqueline Prado received on September 20, 2005, requesting new counsel.

    Your attention to this matter is appreciated.

          Sincerely,

          Tracy Wherry
          Assistant to Judge Jon McCalla

Encl
cc:    AUSA David Henry (w/enclosure)

9-19-05

Honorable Jon Phipps McCalla
United States District Judge
Court Room 4  9th Floor
Federal Building Memphis, Tn
38103

SEP 20

03-20415

## Judge McCalla,

I'm Writing this letter With Concerns about my representation of Counsel. I feel my rights has been violated. All of my request has been ignored by my lawyer. I've been ignored When I asked for a Suppression hearing and when I mentioned it to my lawyer again she said ok but nothing Was ever done. I wasn't allowed a ski plus my Counsel client Confidentiality was violated. I trusted My lawyer to pull me in for a proffer and she told my Co-defendants attorney if my plans. In Which he pulled his client into Court to proffer me. She told his attorney I was going to sell him up the river. I believe the day in question Was July 19th. On my ride back to West Jennessee my Co-defendant mention to me my decision to tell what I knew. He said he'd kill me if I did. I brought the matter to my attorneys attention and she totally ignored the threat. Everytime I call her she's unavailable. She's only been to see me once and that was before I hired her. She's never gone over my discovery With me. She's promised me a bond and time served during the Consultation With her. I've mention physical abuse to her from Mr. Torres and she said she felt I shouldn't do another day in Jail but I'm still here. When I told her my Co-defendant had pleaded out She Said she knew and I was extremely upset because, Mr. Torres was allowed to lie and keep me locked up. How can I trust someone With my

life who's lied to me numerous times. It like my life is a joke to her and it's unfair. Also my family is truly concern with the type of business Mrs. Abioto is running she's never available, never answers her line. I feel my case hasn't been handled properly and I haven't been treated fairly, nor given a fair chance. Sir, I can't possibly be sentenced under these circumstances. I've only seen Mrs. Abioto during court and our conversation has limited. Sir I know I deserve to be punished but not for 4 years. I've gone through alot in 2 years. I've learned alot and I've seen alot, and sir this is a lesson learn. But to be with my kids again I'd do whatever, 15-20 years of supervised release, ankle bracelet or whatever. I'll die without my children. Your honor my attorney violated our breach of trust, she played with my life. I'm begging your sir not to sentence me under the circumstances. Sir I'm asking for a new lawyer.

Thank you
Mrs. Jacqueline Prado

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 165 in
case 2:03-CR-20415 was distributed by fax, mail, or direct printing on
October 28, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT