FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 21  AM 9: 08

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | NO. 03-20415-MI |
| JACQUELINE PRADO, | * | |
| Defendant. | * | |

## ORDER DISMISSING COUNT

Based upon the Motion of the United States and for good cause shown, Count Two (2) of the above-referenced Indictment is hereby DISMISSED.

Ordered this 20 day of December, 2005.

_____
HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-21-05

178

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:03-CR-20415 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT